

FILED
CLERK, U.S. DISTRICT COURT
DEC - 7 2010
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br>PLAINTIFF<br>v.<br>Sean D. Howard<br>DEFENDANT(S). | CASE NUMBER<br>94-CR-908-VBF<br><br>ORDER OF TEMPORARY DETENTION<br>PENDING HEARING PURSUANT<br>TO BAIL REFORM ACT |
|---|---|

Upon motion of __Defendant__, IT IS ORDERED that a detention hearing is set for __December 9, 2010__, _____, at __11:30__ ☑a.m. / ☐p.m. before the Honorable __Margaret A. Nagle__, in Courtroom __580__.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
_(Other custodial officer)_

Dated: __12/7/10__

__Margaret A. Nagle__
U.S. District Judge/Magistrate Judge